UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHAN MOLINA,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS,<br><br>    Defendant. | Case No.: 1:24-cv-00019-CDB (PC)<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS AND TO EXTEND ALL OTHER DEADLINES<br><br>(Doc. 24) |

Plaintiff Joshua Johan Molina is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

### I.   RELEVANT BACKGROUND

On December 29, 2023, Plaintiff filed his complaint initiating this action. (Doc. 1). The case was transferred to the Fresno division on February 4, 2024, and assigned to the undersigned. (Doc. 4). The action was stayed on July 3, 2024, to facilitate possible early alternative dispute resolution. (Doc. 16). On July 8, 2024, the stay was lifted (Doc. 21) and a discovery and scheduling order was issued (Doc. 22). Pursuant to the scheduling order, the deadline to amend pleadings is October 8, 2024, and the deadline to complete discovery is March 8, 2024

Pending before the Court are the following motions or requests: (1) Plaintiff's request for an extension of time to file amended pleadings (Doc. 24 at 4), and (2) Plaintiff's request for an extension of time as to all other deadlines as set forth in the scheduling order (*id.*).

## II. DISCUSSION

Plaintiff seeks an extension of the deadline to amend the pleadings to January 4, 2025. *Id.* Briefly stated, Plaintiff asks for additional time to allow for his receipt of records from Defendant in response to a request for production of documents, mailed on September 10, 2024. (Doc. 24 at 3). Plaintiff provides that the response to the request may provide information needed to properly plead his case. *Id.* Responses are due on or about October 29, 2024. *Id.*

Plaintiff also seeks an extension of time for all other deadlines as set forth in the scheduling order. *Id.* at 4.

The Court will grant Plaintiff's request for an extension of time to amend the pleadings and deny Plaintiff's request for an extension of time for all other deadlines. Good cause supports granting an extension of the deadline to permit Plaintiff to receive and review discovery that may inform his decisions regarding amendment. The other deadlines applicable to Plaintiff, namely completion of discovery and filing of dispositive motions, fall on March 8, 2025, and May 19, 2025 (Doc. 22 at 2-3), provide Plaintiff sufficient time even after the extended deadline to amend the pleadings; accordingly, no extension of other case management dates is warranted.

## III. CONCLUSION AND ORDER

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time within which to amend the pleadings is GRANTED. Plaintiff SHALL file any amended pleadings no later than **January 4, 2025**.

2. Plaintiff's request for an extension of time for all other deadlines set forth in the scheduling order is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **September 26, 2024**

UNITED STATES MAGISTRATE JUDGE

2